■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARD SPANN, Appellant. [931 NYS2d 498]—

The court properly exercised its discretion in determining that substantial justice dictated denial of the motion (*see generally People v Gonzalez*, 29 AD3d 400 [2006], *lv denied* 7 NY3d 867 [2006]). Defendant's history of recidivism and absconding outweighed the positive factors cited by defendant, including his prison record (*see e.g. People v Soler*, 45 AD3d 499 [2007], *lv dismissed* 9 NY3d 1009 [2007]). Concur—Tom, J.P., Saxe, Moskowitz, DeGrasse and Abdus-Salaam, JJ.